THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH STEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN MARCUS, Appellant.

*Crimes — criminally receiving stolen property — judgments of conviction affirmed.*

*People* v. *Stein,* 221 App. Div. 759, affirmed.
*People* v. *Marcus,* 220 App. Div. 697, affirmed.
(Submitted November 28, 1927; decided December 13, 1927.)

APPEAL in each of the above-entitled actions, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1927, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

o

*David L. Malbin* for Joseph Stein, appellant.

*Isaac Siegmeister* for Benjamin Marcus, appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment in each case affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.